RECEIVED
IN LAKE CHARLES, LA

APR 29 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ECKSTEIN MARINE SERVICE, LLC., | * | CIVIL ACTION 2:08cv0172 LC |
| Plaintiff | * | JUDGE MINALDI |
| VERSUS | * | MAGISTRATE JUDGE KAY |
| CARLINE TAFT 127, INC. & M/V CSS LOUISIANA, | * | |
| Defendants. | * | |

## ORDER

Considering the foregoing Motion to Vacate and Set Aside Entry of Default filed by defendant, Carline Taft 127, Inc. and M/V CSS LOUISIANA,

**IT IS HEREBY ORDERED** that the default entered herein on April 10, 2008 be vacated and set aside.

Lake Charles, Louisiana, this ___29___ day of ___April___, 2008.

_____
UNITED STATES DISTRICT JUDGE